UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
May 11, 2016
David J. Bradley, Clerk

| | |
|---|---|
| China Pacific Property Insurance Co., Ltd., § § Plaintiff, § § versus § § M.V. Star Kilimanjaro, et al., § § Defendants. § | Civil Action H-16-112 |

## Final Dismissal

1.  Having been advised that the parties have reached a settlement, the claims of China Pacific Property Insurance Co., Ltd., against:

    - M.V. Star Kilimanjaro,
    - Grieg Shipping II AS,
    - Grieg Star Shipping AS, and
    - Cooper T. Smith Stevedoring Company, Inc.,

    are dismissed with prejudice.

2.  This court retains jurisdiction to enforce the settlement.

Signed on May 11, 2016, at Houston, Texas.

Lynn N. Hughes
United States District Judge